BRIAN J. MULLEN
Bankruptcy Trustee
P.o. Box 32247
Phoenix, AZ 85064
(602) 283-4468

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| GALINDO, GERMAN | ) | CASE NO. 10-37148-PHX-DPC |
| | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

BRIAN J. MULLEN, Trustee, reports that the following dividend checks has been issued and not presented for payment, and returned by the Post Office as "not deliverable."

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 5006 | 11/26/13 | German Galindo<br>1346 W 7th Drive<br>Mesa, AZ 85202 | $2994.79 |

December 10, 2013                              /s/ Brian J. Mullen
DATE                                            BRIAN J. MULLEN