# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

GERMAN GALINDO
aka GERMAN GALINDO ENCINAS
1346 W 7TH DRIVE
MESA, AZ 85202
SSAN: xxx–xx–0720
EIN:

Debtor(s)

Case No.: 2:10–bk–37148–DPC

Chapter: 7

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On AUGUST 17, 2020, an application was filed for the Claimant(s), RAL MONEY FINDERS LLC, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a).

The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly,

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $2,994.79 held in the unclaimed funds be made payable to the Claimant(s) **RAL MONEY FINDERS LLC** and be disbursed at the following address:

**RAL MONEY FINDERS LLC
8101 SANDY SPRING ROAD, SUITE 300
LAUREL, MD 20707**.

Date: 9/30/20